```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
In RE: D3D TECHNOLOGIES,
INC.'S RULE 45 SUBPOENA TO
MEDIVIS, INC.,

21 Misc. 815 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **January 19, 2022**, Movant, D3D Technologies, Inc., shall file a status letter informing the Court if Medivis, Inc. has produced the requested documents and providing an update on the status of discovery in the underlying lawsuit.

    SO ORDERED.

Dated: January 13, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge